UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:11-CR-00080-LRH-VPC-2 |
| Plaintiff, ) | |
| v. ) | ORDER |
| EVER VIVAR, ) | |
| Defendant. ) | |

Before the court is Defendant-Appellant Ever Vivar's Pro Se Sealed Financial Affidavit (Doc. #119), Motion for Transcripts (Doc. #120) and Motion for Appointment of Counsel (Doc. #121). These pleadings were filed by Defendant-Appellant on September 3, 2013 and follow Defendant-Appellant Vivar's Notice of Appeal filed August 12, 2013.

It appears likely that Defendant-Appellant Vivar, acting pro se, may have mistakenly filed Documents #119, #120 and #121 before this court when in fact they should have been filed before the Ninth Circuit Court of Appeals in Appeal No. 13-10423.

Good cause appearing,

IT IS HEREBY ORDERED that the Court Clerk shall forward copies of this Order and Defendant-Appellant Vivar's Financial Affidavit (Doc. #119), Motion for Transcripts (Doc. #120) and Motion for Appointment of Counsel (Doc. #121) to the Ninth Circuit Court of Appeals for filing in Appeal Case No. 13-10423.

IT IS SO ORDERED.

DATED this 10th day of October, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE